**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| STMicroelectronics, Inc. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Court No. 21-00110 |
| ) | |
| United States ) | |
| ) | |
| Defendant. ) | |

## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

Pursuant to Rule 41(a)(1)(A)(i) of the Rules of this Court, this Notice is filed before the any opposing party has served either an answer or a motion for summary judgment.

In addition, pursuant to Rule 83(b) of the Rules of this Court, this Notice is filed before the service of any complaint.

Therefore, pursuant to Rule 41(a)(1)(A)(i), the Plaintiff submits this notice to voluntarily dismiss this action without a court order.

Respectfully submitted,

Douglas N. Jacobson
Jacobson Burton Kelley PLLC
1725 I Street, NW
Suite 300
Washington, DC  20006
Tel: (202) 431-2407
Email:  djacobson@jacobsonburton.com

*Counsel for Plaintiff*

Dated: May 19, 2021

**Schedule to Notice of
Dismissal**

| Court Number(s) | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
| Court No. 21-00110 | STMicroelectronics, Inc. | 2704-20-121688 | 004-0678020-6 004-0688311-7 004-0690641-3 004-0690806-2 004-0693019-9 004-0693888-7 |

**Order of Dismissal**

The action listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated:   5/19/21

Clerk, U.S. Court of International Trade

By:   /s/ Troy Benbow